EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOLORES COOKS, | ) |
|         Plaintiff, | ) |
| v. | ) Law No. 19-cv-8306 |
| EVAN J. MUELLER and TRANSCO INC. | ) Honorable John Robert Blakey |
|         Defendants. | ) |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the plaintiff, DOLORES COOKS, be dismissed with prejudice, in bar of action, costs paid, causes of action satisfied.

DOLORES COOKS

BY: /s/ Mark Murnane
Mark Murnane
O'Connor & Nakos

EVAN J. MUELLER

By: /s/ Matthew S. Hefflefinger
Heyl, Royster, Voelker & Allen
Matthew S. Hefflefinger, ARDC # 6201281

EXHIBIT A

HEYL, ROYSTER, VOELKER & ALLEN, PC
300 Hamilton Boulevard
P.O. Box 6199
Peoria, IL 61601-6199
Phone: 309.676.0400
Primary e-service: peoecf@heylroyster.com
Secondary e-service #1: mhefflefinger@heylroyster.com
Secondary e-service #2: clsmith@heylroyster.com

    AND

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602
Phone: 312.853.8700
Fax: 312.782.0040